In the Interest of R.W., a Juvenile.

Appeal of DIVISION of
FAMILY SERVICES.

No. 57069.

Missouri Court of Appeals,
Eastern District,
Division One.

May 1, 1990.

Mona Cross, St. Louis, for appellant.

Donna L. Head, Patricia Woodson Shaw, St. Louis, William L. Webster, Atty. Gen., Lisa Mayer, Mary Stewart Tansey, Asst. Attys. Gen., Jefferson City, Margaret Ellen Gangle, St. Louis, for respondent.

ORDER

PER CURIAM.

Division of Family Services (DFS) appeals an order of the juvenile court placing legal custody of R.W. with DFS. We affirm. The judgment of the juvenile court reviewable under Rule 73.01 is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would serve no precedential value and the order is affirmed pursuant to Rule 84.16(b).